UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TERRENCE GEORGE                                                                                      PETITIONER

V.                                                      CIVIL ACTION NO. 3:24-CV-361-KHJ-MTP

WARDEN D. BAYSORE                                                                            RESPONDENT

ORDER

Before the Court is Magistrate Judge Michael T. Parker's [10] Report and Recommendation. The Court adopts the [10] Report. It thus dismisses with prejudice pro se Petitioner Terrence George's [1] Petition for Writ of Habeas Corpus.

George filed a Section 2241 petition, seeking to apply First Step Act time credits to his federal criminal sentence. [1] at 1–2, 8. Respondent argued (among other things) that George is subject to a final order of removal, so he is ineligible to apply the credits. Resp. [9] at 4–5 (first citing 18 U.S.C. § 3632(d)(4)(E)(i); and then citing Order of Removal [9-2]). On that basis, the [10] Report recommends dismissing with prejudice George's [1] Petition. [10] at 2.

When no party objects to a Magistrate Judge's report, the Court need not review it de novo. *See* 28 U.S.C. § 636(b)(1). Instead, the Court can apply the clearly erroneous, abuse-of-discretion, and contrary-to-law standard of review. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam).

The [10] Report notified George that failure to file written objections would bar further appeal in accordance with 28 U.S.C. § 636(b)(1). [10] at 3. George did

not object to the [10] Report, and the time to do so has passed. The Court finds that the [10] Report is not clearly erroneous, an abuse of discretion, or contrary to law. So the Court adopts the [10] Report as the opinion of this Court.

The Court has considered all arguments. Those not addressed would not have changed the outcome. For the stated reasons, the Court ADOPTS Magistrate Judge Michael T. Parker's [10] Report and Recommendation, and the Court DISMISSES with prejudice George's [1] Petition for Writ of Habeas Corpus. The Court will enter a separate final judgment consistent with this Order.

SO ORDERED, this 6th day of June, 2025.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE